No. 930.

ALBERT LEVY VS. W. N. COLLINS, SHERIFF, ET ALS.

Where the names of the adverse parties are set out in a petition for appeal and citation of them is prayed, and the order granting the appeal directs the parties to be cited, and the clerk issues citations and does not accompany them with copies of the petition, *held*, the omission is not imputable to the appellant, and the cause will be continued to enable him to complete the service of his process.

APPEAL from the District Court for Webster.    TURNER, J.

*J. D. Watkins & Son* for Plaintiff.    *Looney & Elstner, Alexander & Blanchard* for S. Levy.

MARR, J., delivered the opinion, continuing the cause for service of process.

The decision on the merits will be found in 32 La. Ann. 1003.